# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2012

Robert P. Young, Jr.,
Chief Justice

144466-7

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RAYMOND WAYNE TACKETT,
      Plaintiff-Appellee,

v

GROUP FIVE MANAGEMENT COMPANY,
      Defendant-Appellant.

SC: 144466
COA: 296805
Wayne CC: 08-106659-CD

_____/

THOMAS M. MCGREGOR,
      Plaintiff-Appellee,

v

GROUP FIVE MANAGEMENT COMPANY,
      Defendant-Appellant.

SC: 144467
COA: 296819
Wayne CC: 08-105824-CD

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2012

Clerk

t0522